***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| SLUSCA, LLC, by and through | § | |
| WILLIAM B. GUZY, A Partner | § | |
| Other Than The Tax Matters Partner | § | |
| | § | |
| Plaintiff, | § | Case No. 05-982 T |
| v. | § | (Judge Baskir) |
| | § | |
| United States of America, | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of David R. House, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

David R. House,
Trial Attorney
U.S. Department of Justice
Tax Division, CTSN
Post Office Box 55
Ben Franklin Station
Washington, D. C. 20044

s/ David R. House

David R. House
Justice Department (Tax)
Civil Trial Section, Northern Region
(202)616-6616
Fax: (202) 514-9440
E-Mail: David.R.House@USDOJ.GOV