IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Baskir)

No. 05-982 T

SLUSCA, LLC, by and through
WILLIAM B. GUZY, A Partner
Other Than The Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

REQUEST FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the defendant respectfully moves for an enlargement of time of 60 days from November 11, 2005, to January 10, 2006 within which to file defendant's answer or other response to plaintiff's complaint. Plaintiffs have no objection to the requested 60-day extension. This is the first such enlargement requested.

In support of this motion, the defendant states the following:

Plaintiffs have filed their complaint in this matter. The appropriate administrative files necessary to formulate the defense recommendation by the Office of Chief Counsel of the Internal Revenue Service and the reply to plaintiffs' complaint have been ordered, but not yet received. Additional time is required to allow for receipt of the administrative files, preparation of the defense recommendation by the Office of Chief Counsel, for the Department of Justice to receive and review the files and defense recommendation, and for the preparation of the defendant's response to plaintiff's complaint.

WHEREFORE, the defendant prays that its motion for an 60-day extension of time to respond to plaintiffs' complaint be allowed.

Respectfully submitted,

s/ David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims