IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Baskir)

No. 05-982 T

SLUSCA, LLC, by and through
WILLIAM B. GUZY, A Partner
Other Than The Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

REQUEST FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the defendant respectfully moves for an enlargement of time of 30 days from January 10, 2006, to February 9, 2006 within which to file defendant's answer or other response to plaintiff's complaint. Plaintiffs have no objection to the requested 30-day extension. This is the second such enlargement requested, the first being for a period of 60 days.

In support of this motion, the defendant states the following:

Plaintiffs have filed their complaint in this matter. The appropriate administrative files necessary to formulate the defense recommendation by the Office of Chief Counsel of the Internal Revenue Service and the reply to plaintiffs' complaint have been received by that office, but additional time is required to prepare the defense recommendation. Due to the complicated nature of this case, numerous branches in the Office of Chief Counsel need to coordinate in the preparation of that recommendation. In addition, various components of the Department of Justice need to coordinate in the preparation of the response to plaintiffs' complaint. The additional time is required to allow for preparation of the defense recommendation by the Office of Chief Counsel, for the Department of Justice to receive and review the files and defense recommendation, and for the coordination within the Department of Justice in the preparation of the defendant's response to plaintiff's complaint.

WHEREFORE, the defendant prays that its motion for an 30-day extension of time to respond to plaintiffs' complaint be allowed.

Respectfully submitted,

s/ David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims