# In the United States Court of Federal Claims

Case No. 05-982T
(Filed: January 9, 2006)

*****************************************************
SLUSCA, LLC, by and through *
WILLIAM B. GUZY, a Partner Other *
Than The Tax Matters Partner, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Defendant's unopposed **Motion for an Enlargement of Time** (30 days, for a total of 90 days), **until February 9, 2006, to respond to Plaintiff's Complaint is hereby GRANTED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge