IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Baskir)

No. 05-982 T

SLUSCA, LLC, by and through
WILLIAM B. GUZY, A Partner
Other Than The Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

REQUEST FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the defendant respectfully moves for an enlargement of time of 15 days from February 9, 2006, to February 24, 2006, within which to file defendant's answer or other response to plaintiff's complaint. Plaintiffs have no objection to the requested 15-day extension. This is the third such enlargement requested, the first two being for a total of 90 days.

In support of this motion, the defendant states the following:

Plaintiffs have filed their complaint in this matter. The appropriate administrative files necessary to formulate the defense recommendation by the Office of Chief Counsel of the Internal Revenue Service and the reply to plaintiffs' complaint have been received by that office, and the defense recommendation is undergoing its final review. The Service has informed defendant's trial counsel that those materials should be forwarded to his office by the end of this week. Once those materials are received and the response to plaintiff's complaint drafted, various components of the Department of Justice need to coordinate in the preparation of the response to plaintiffs' complaint.

On January 30, 2006, defendant's trial counsel was served with a pleading filed in another case. The reply to that pleading is due on February 8, 2006. The reply will require all of defendant's counsel's time between now and that February 8, leaving no time for the review of the materials to be sent by the Service in this case, drafting of the response, and review of that response by the various components of the Department of Justice.

The additional time is required to allow for the Department of Justice to receive and review the files and defense recommendation, and for the

coordination within the Department of Justice in the preparation of the defendant's response to plaintiff's complaint.

WHEREFORE, the defendant prays that its motion for an 15-day extension of time to respond to plaintiffs' complaint be allowed.

Respectfully submitted,

s/ David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims