# In the United States Court of Federal Claims

Case No. 05-982T
(Filed: February 3, 2006)

****************************************************

SLUSCA, LLC, by and through WILLIAM B. GUZY, a Partner Other Than The Tax Matters Partner, *Plaintiff,*

v.

THE UNITED STATES OF AMERICA, *Defendant.*

****************************************************

## ORDER

Defendant's unopposed **Motion for an Enlargement of Time** (15 days, for a total of 105 days), **until February 24, 2006, to respond to Plaintiff's Complaint is hereby GRANTED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge