# In the United States Court of Federal Claims

Case No. 05-982T
(Filed: March 24, 2006)

| | |
|---|---|
| SLUSCA, LLC, by and through WILLIAM B. GUZY, a Partner Other Than The Tax Matters Partner, *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

Plaintiff's unopposed **Motion to Stay** proceedings pending decision in *Jade Trading, LLC, et al. V. United States,* No. 03-2164T, **is hereby GRANTED.** Defendant's unopposed response to Plaintiff's Motion to Stay, filed March 23, 2006, is noted.

Parties shall file a Joint Status Report every 60 days, beginning May 24, 2006.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge