IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Baskir)

No. 05-982 T

SLUSCA, LLC, by and through
WILLIAM B. GUZY, A Partner
Other Than The Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

Pursuant to the Order of this Court entered March 24, 2006, the parties file this Joint Status Report with respect to the status of *Jade Trading, LLC, et al. v. United States*, Fed. Cl. No. 03-2164T, as well as the status of the criminal proceeding in the Southern District of New York. Plaintiff's counsel has reviewed the contents of this report and has authorized defendant to file it as a joint report.

The case of *Jade Trading* has been fully briefed and argued and no decision has been entered as of the filing of this report. On April 27, 2006,

the Court stayed *Jade Trading* pending the decision of the Federal Circuit in *Coltec Industries v. United States*, Fed. Cir. No. 05-5111. The criminal proceeding in the Southern District of New York remains set for trial on September 11, 2006. As of the filing of this report, the United States Attorney for the Southern District of New York has not requested that defendant's trial attorney seek a stay in this matter.

Plaintiff recommends the stay continue for reasons stated in its Motion to Stay.

Defendant is not opposed to continuing the stay in this matter because it is possible, although not certain, that a decision in *Jade Trading* could enable the parties to narrow the discovery required for this case and provide some instruction as to the legal analysis of the case. Furthermore, the United States Attorneys Office for the Southern District of New York has continued its request that it be kept apprised of the proceedings in this action in order to ensure that this action does not adversely affect its pending criminal investigations is still in place. Thus, the potential that the

government may seek a stay in the future if the criminal matter and this case intersect remains.

Respectfully submitted,

May 24, 2006
Date

s/David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section