**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SLUSCA, LLC, by and through WILLIAM B. GUZY, A Partner Other Than The Tax Matters Partner, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-982 T |
| UNITED STATES OF AMERICA, | ) | Judge Lawrence M. Baskir |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Order of this Court entered March 24, 2006, the parties file this Joint Status Report with respect to the status of *Jade Trading, LLC, et al. v. United States*, Fed. Cl. No. 03-2164T, as well as the status of the criminal proceeding in the Southern District of New York. Plaintiff's counsel has reviewed the contents of this report and has authorized Defendant to file it as a joint report.

On April 27, 2006, the Court stayed *Jade Trading* pending the decision of the Court of Appeals for the Federal Circuit in *Coltec Industries, Inc. v. United States*, Fed. Cir. No. 05-5111. On July 12, 2006, the Court of Appeals for the Federal Circuit issued a decision in *Coltec Industries*, vacating the earlier decision of this Court in favor of the plaintiff. On July

19, 2006, the Court lifted the stay in *Jade Trading* and ordered the parties to file supplemental briefing on the application of the decision in *Coltec Industries* to the economic substance issues in *Jade Trading* by August 15, 2006.

The criminal proceeding in the Southern District of New York has been continued to January 15, 2007, by Order dated July 19, 2006. As of the filing of this report, the United States Attorney for the Southern District of New York has not requested that Defendant's trial attorney seek a stay in this matter.

Plaintiff recommends the stay continue for reasons stated in its Motion to Stay dated March 16, 2006.

Defendant is not opposed to continuing the stay in this matter because it is possible, although not certain, that a decision in *Jade Trading* could enable the parties to narrow the discovery required for this case and provide some instruction as to the legal analysis of the case. Furthermore, the United States Attorneys Office for the Southern District of New York has continued its request that it be kept apprised of the proceedings in this action in order to ensure that this action does not adversely affect its pending criminal investigations is still in place. Thus, the potential that the

government may seek a stay in the future if the criminal matter and this case intersect remains.

Respectfully submitted,

July 24, 2006 s/David R. House
Date

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section