# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SLUSCA, LLC, by and through WILLIAM B. GUZY, A Partner Other Than The Tax Matters Partner, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-982 T |
| UNITED STATES OF AMERICA, | ) | Judge Lawrence M. Baskir |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Order of this Court entered March 24, 2006, the parties file this Joint Status Report with respect to the status of *Jade Trading, LLC, et al. v. United States*, Fed. Cl. No. 03-2164T, and the status of the criminal proceeding in the Southern District of New York. Plaintiff's counsel has reviewed the contents of this report and has authorized Defendant to file it as a joint report.

The briefing in *Jade Trading* has been completed, but no decision has been entered.

The criminal proceeding in the Southern District of New York was scheduled to begin on January 16, 2007. By Order dated November 13,

2006, the judge continued the criminal trial, and although the defendants requested a trial date no earlier than April of 2007, the judge did not set a new date for the trial. The judge scheduled a conference for December 20, 2006, to consider possible trial dates.

Plaintiff recommends the stay continue for reasons stated in its Motion to Stay dated March 16, 2006.

Defendant is not opposed to continuing the stay in this matter because it is possible, although not certain, that a decision in *Jade Trading* could enable the parties to narrow the discovery required for this case and provide some instruction as to the legal analysis of the case. Furthermore, the United States Attorneys Office for the Southern District of New York has continued its request that it be kept apprised of the proceedings in this action in order to ensure that this action does not adversely affect its pending criminal investigations. Thus, the potential remains that the government may seek a stay in the future if the criminal matter and this case intersect.

On a separate matter, on or about June 19, 2006, the Internal Revenue Service (the “Service”) retained $74,834.95 (the “Refund”), which represented a refund of tax due William Guzy for taxable year 2005, a taxable year not subject to this proceeding. The Service applied the

Refund to interest due on the tax assessed Guzy for taxable year 2001, a year that is subject to this proceeding. Because of this action by the Service, once the stay is lifted in this case, Plaintiff will file a Motion for Leave to File a Supplemental Complaint to add a claim seeking recovery the Refund. This claim is procedural in nature given that the basis for such claim has been stated in the existing Complaint.

In the event Plaintiff files a Motion for Leave to File a Supplemental Complaint to add a claim seeking recovery of the Refund, Defendant expects to object on the basis that the Court lacks jurisdiction to order a

refund to a partner in an action brought under TEFRA for the redetermination of adjustments made in a final notice of administrative adjustment to partnership items.

Respectfully submitted,

s/David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/David Gustafson