**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SLUSCA, LLC, by and through<br>WILLIAM B. GUZY, A Partner<br>Other Than The Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br>No. 05-982 T<br><br>Judge Lawrence M. Baskir |

**MOTION TO SUBSTITUTE COUNSEL**

Pursuant to Rule 83.1(c)(4) of the Rules of the Court of Federal Claims, William B. Guzy moves this Court to substitute Robert F. Denvir of Winston & Strawn LLP as counsel of record in the place of Thomas P. Fitzgerald of Winston & Strawn LLP. Pursuant to Rule 83.1(c)(4), an Affidavit of Appointment is attached to this motion. The current counsel of record has consented to this motion, as indicated by the endorsement below.

Respectfully submitted,

s/Robert F. Denvir
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5765 tel.
(312) 558-5700 fax
rdenvir@winston.com

Dated: January 28, 2008

**Consent to Change of Counsel**

I, Thomas P. Fitzgerald, consent to the change in counsel of record for William B. Guzy.

s/ Thomas P. Fitzgerald
Thomas P. Fitzgerald
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5845 tel.
(312) 558-5700 fax
tfitzgerald@winston.com

**CERTIFICATE OF SERVICE**

I certify that service of the foregoing document was made on this 28th day of January, 2008, by electronically filing a copy with the Court under the CM/ECF system with notification of such filing to opposing counsel, David R. House, Esquire, and by mailing copies thereof, in postage prepaid envelopes, to the tax matters partner at the following address:

KSHER AA, LLC
20 Dayton Avenue
Greenwich, CT 06830

s/Karen M. Kowalski

Karen M. Kowalski
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-7564 tel.
(312) 558-5700 fax
kkowalski@winston.com