# In the United States Court of Federal Claims

Case No. 05-982T
(Filed: January 30, 2008)

| | |
|---|---|
| SLUSCA, LLC, by and through WILLIAM B. GUZY, a Partner Other Than The Tax Matters Partner, *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

The Plaintiff's unopposed **Motion to Substitute Counsel** filed January 28, 2008, is hereby **GRANTED. Mr. Robert F. Denvir** of Winston & Strawn LLP replaces **Mr. Thomas P. Fitzgerald** as attorney of record in this matter.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge